SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar No. 8264
SUMMER A. JOHNSON
Assistant United States Attorney
TAMER B. BOTROS
Assistant United States Attorney
Nevada Bar No. 12183
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6787
summer.johnson@usdoj.gov
tamer.botros@usdoj.gov
*Attorneys for Defendant,*
*Secretary Of Housing and Urban Development*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LAKEVIEW LOAN SERVICING, LLC,<br><br>          Plaintiff,<br>     vs.<br><br>HECTOR DIAZ-PONCE, an individual; PINECREST HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; SUNNOVA TE MANAGEMENT II LLC, a limited liability company; THOMAS BLACK, an individual; REPUBLIC SILVER STATE DISPOSAL, INC., DBA REPUBLIC SERVICES. a corporation; SECRETARY OF HOUSING AND URBAN DEVELOPMENT, a government agency; LAS VEGAS VALLEY WATER DISTRICT, a government agency; DOES I through 10 and ROES BUSINESS ENTITIES I through 10 inclusive,<br><br>          Defendants. | Case No.  2:25-cv-00563-JAD-EJY<br><br>**STIPULATION AND ORDER TO REMAND MATTER TO EIGHTH JUDICIAL DISTRICT COURT, CLARK COUNTY, NEVADA**<br><br>ECF No. 5 |

Plaintiff, LAKEVIEW LOAN SERVICING, LLC ("Plaintiff") and Defendant SECRETARY OF HOUSING AND URBAN DEVELOPMENT ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel of record, hereby stipulate as follows:

    1. On January 27, 2025, Plaintiff filed a Complaint for Judicial Foreclosure and

Declaratory Relief in the Eighth Judicial District Court, Clark County, Nevada, Case No. A-25-910970-C (the "Action");

2. On March 27, 2025, Defendant removed the Action to the United States District Court for the District of Nevada pursuant to 28 U.S.C. §§1441(a), 1442(a)(1), 1444 and 1446;

3. The parties have conferred and agree that, in light of Defendant's position in supporting Plaintiff's Complaint for Judicial Foreclosure and Declaratory Relief, remand of this Action to the Eighth Judicial District Court, Clark County, Nevada, is both necessary and appropriate;

4. The parties have conferred that upon remand, a Stipulation and Order will be entered discontinuing Defendant's involvement in this Action;

5. The parties stipulate to remand the Action to the Eighth Judicial District Court, Clark County, Nevada; and

6. The parties stipulate and respectfully request that all future dates and deadlines in this Action be hereby vacated.

DATED this 11th day of April 2025.

DATED this 11th day of April 2025.

/s/ Tamer B. Botros
SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar No. 8264
SUMMER A. JOHNSON
Assistant United States Attorney
TAMER B. BOTROS
Assistant United States Attorney
Nevada Bar No. 12183
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Attorneys for Defendant,
Secretary Of Housing and Urban Development

/s/ Nathan F. Smith
NATHAN F. SMITH, ESQ.
Nevada Bar No. 12642
MALCOM & CISNEROS
7473 W. Lake Mead Blvd., Suite 100
Las Vegas, Nevada 89128
Attorneys for Plaintiff,
LAKEVIEW LOAN SERVICING, LLC

order

Based on the parties' stipulation [5] and with good cause appearing, IT IS ORDERED that **this case is remanded back to the Eighth Judicial District Court for Clark County, Nevada, Case No. A-25-910970-C,** Department 27, with no motions pending. The Clerk of Court is directed to **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 14, 2025

2